■ In the Matter of CITY OF SYRACUSE, Appellant, v CENTRAL NEW YORK ASSOCIATION OF DELTA KAPPA EPSILON, Respondent. [945 NYS2d 587]—Appeal from an order of the Onondaga County Court (Anthony F. Aloi, J.), entered March 14, 2011. The order, insofar as appealed from, denied the motion of petitioner to dismiss the appeal of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Martoche, JJ.